IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHAMPA DAHI, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JAMES THOMAS CARLAN,** <br><br> **Defendant.** | CIVIL ACTION NO. 5:25-CV-360 (MTT) |

## ORDER

Pro se defendant James Carlan filed a Notice of Removal on August 27, 2025. ECF 1. He is attempting to remove an action from the Magistrate Court of Houston County, Georgia, apparently arising from a tenant dispossession action by plaintiff Champa Dahi and Carlan's refusal to vacate. *Id*.; ECF 2. The only state court documents Carlan filed in his Notice of Removal were a Notice of Trial, an affidavit for dispossessory warrant, a sheriff's entry of service, and the Rules of Court for the Magistrate Court of Houston County. ECF 1. In addition to the Notice of Removal, Carlan also filed an "Answer to Notice of Removal" where he asserts counterclaims against Champa Dahi and claims against the City of Warner Robins, Houston County, Bibb County, and the State of Georgia. ECF 2. For the reasons stated below, this action is remanded to the Magistrate Court of Houston County for lack of subject matter jurisdiction.

On September 9, 2025, the Court ordered Carlan to show cause by September 16, 2025, "why this case should not be remanded for failure to state a basis for removal

and failure to file a complete state court record pursuant to 28 U.S.C. § 1446(a)." ECF 3. The deadline to comply with the Court's Order has expired, and Carlan has not stated plausible grounds for removal, provided the state court record, nor demonstrated good cause for failing to set forth a basis for removal in the Notice of Removal.

The Notice of Removal asserts that "the case involves federal questions under the Constitution and laws of the United States, including but not limited to the Seventh Amendment right to a jury trial in civil actions exceeding twenty dollars, as well as claims and defenses arising under the Racketeer Influenced and Corrupt Organizations Act." ECF 1 at 1. Carlan also maintains that this Court has jurisdiction because "[t]he amount in controversy exceeds $20,000, which is far above the Seventh Amendment threshold, … confirming Defendant's entitlement to a jury trial." *Id*. Carlan's bare allegations are insufficient to establish that the Court has federal question jurisdiction in this case, and the alleged amount in controversy is clearly insufficient to establish diversity jurisdiction.

In sum, Carlan's Notice of Removal does not state a legitimate basis for subject matter jurisdiction. Accordingly, this case is **REMANDED** to the Magistrate Court of Houston County.[1]

**SO ORDERED**, this 24th day of September, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Houston County, Georgia moved to dismiss Carlan's claims against it as asserted in his "Answer to Notice of Removal." ECF 4. Houston County's motion to dismiss (ECF 4) is **TERMINATED as moot**.