IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHAMPA DAHI LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00360-MTT |
| | * |
| JAMES THOMAS CARLAN et al., | * |
| Defendant. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Magistrate Court of Houston County, Georgia.

This 24th day of September, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk