IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

CHAMPA DAHI LLC,
Plaintiff,

vs.

JAMES THOMAS CARLAN,
Defendant/Counter-Claimant,

and

CITY OF WARNER ROBINS,
COUNTY OF HOUSTON,
BIBB COUNTY,
STATE OF GEORGIA,
*Third-Party Defendants.*

Case No.: 5:25-CV-360

**TRIAL BY JURY DEMANDED**
(7th Amendment Guaranteed Right)

**PUBLIC MEDIA ACCESS DEMANDED**
(1st Amendment Guaranteed Right)

## NOTICE OF CONVENTIONAL FILING OF EXHIBITS

COMES NOW Defendant/Counter-Claimant–Relator, Reverend James Thomas Carlan, pro se, and hereby gives notice that the following exhibits are being filed conventionally with the Clerk of Court in connection with:

Because these exhibits consist of video recordings and other digital media not suitable for electronic filing, they are submitted on a CD, marked as Exhibit G, containing the following:

Exhibit G1 - Right to Face Accuser Denied: Denial of Confrontation Right (Judge Sammons / Capital One case)

Exhibit G2 - Secret Proceedings: Closed courtroom (press/public excluded)

Exhibit G3 – Affidavit of Jury Swap: Jury tampering (jury switched)

Exhibit G4 – Magistrate Order Void of Jurisdiction: Magistrate Court Order entered after removal (Sept. 9, 2025)

Exhibit G5- Ashford Unlawful Arrest: Judge Jason Ashford arrest without warrant/Miranda

Exhibit G6 - Ahsford Physical Assault and Coercion: Secret hearing (jurors dismissed)

Exhibit G7 - 20240729 - Another Empty Courtroom and Sexual Abuse Report: Additional secret hearing (empty courtroom)

The CD has been submitted to the Clerk of Court for inclusion in the record.

Respectfully submitted this 22nd day of September, 2025.

*Reverend James Thomas Carlan*
Reverend James Thomas Carlan
Pro Se Defendant/Counter-Claimant–Relator
c/o 1259 Russell Parkway, Ste. P
Warner Robins, GA 31088
intuitionsofaps@gmail.com