# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CIVIL DOCKET FOR CASE #: 5:25−cv−00360−MTT

CHAMPA DAHI LLC v. CARLAN et al  
Assigned to: US DISTRICT JUDGE MARC T TREADWELL  
Cause: 28:1446 Notice of Removal

Date Filed: 08/27/2025  
Date Terminated: 09/24/2025  
Jury Demand: Defendant  
Nature of Suit: 230 Rent Lease & Ejectment  
Jurisdiction: Federal Question

**Plaintiff**

**CHAMPA DAHI LLC**

V.

**Defendant**

**JAMES THOMAS CARLAN**  
*doing business as*  
ALTERNATIVE PAIN SOLUTION

represented by **JAMES THOMAS CARLAN**  
1259 RUSSELL PKWY  
STE P  
WARNER ROBINS, GA 31088  
PRO SE

**ThirdParty Defendant**

**STATE OF GEORGIA**

**ThirdParty Defendant**

**CITY OF WARNER ROBINS**

**ThirdParty Defendant**

**BIBB COUNTY**

**ThirdParty Defendant**

**HOUSTON COUNTY**

represented by **RALEIGH ROLLINS**  
411 GORDON AVE  
THOMASVILLE, GA 31792  
229−226−2565  
Email: rrollins@alexandervann.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**JAMES THOMAS CARLAN**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| 08/27/2025 | 1 | | ***NOTICE OF REMOVAL*** against CHAMPA DAHI LLC filed by JAMES THOMAS CARLAN (Attachments: # 1 Notice of Filing, # 2 Exhibit A– Cover letter, # 3 Exhibit B– Sheriff's Entry of Service, # 4 Houston County Notice of trial, # 5 Envelope) **All parties must refile pending motions from the court of origin in this new case.** (elp) (Entered: 08/28/2025) |
|---|---|---|---|
| 09/02/2025 | 2 | | ANSWER to 1 Notice of Removal, THIRD PARTY COMPLAINT against CITY OF WARNER ROBINS, COUNTY OF HOUSTON, BIBB COUNTY STATE OF GEORGIA (Attachments: # 1 Cover Letter, # 2 Notice of Conventional Filing, # 3 Affidavit), COUNTERCLAIM against CHAMPA DAHI LLC by JAMES THOMAS CARLAN with Jury Demand. (Attachments: # 1 Cover Letter, # 2 Notice of Conventional Filing, # 3 Affidavit)(elp) Modified on 9/3/2025 TO CORRECT THIRD PARTY DFTS. (elp). (Entered: 09/03/2025) |
| 09/03/2025 | | | **REMARK**: CD Rom Received and uploaded to digital evidence vault re 2 Answer. (elp) (Entered: 09/03/2025) |
| 09/09/2025 | 3 | | This is a text only entry; no document issued. ***ORDER*** TO SHOW CAUSE. The Plaintiff is hereby ordered to SHOW CAUSE by 9/16/2025 why this case should not be remanded for failure to state a basis for removal and failure to file a complete state court record pursuant to 28 U.S.C. § 1446(a). Ordered by US DISTRICT JUDGE MARC T TREADWELL on 9/9/2025. (afw) (Entered: 09/09/2025) |
| 09/22/2025 | 4 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by HOUSTON COUNTY filed by RALEIGH ROLLINS. (Attachments: # 1 Memorandum in Support MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS OF DEFENDANT HOUSTON COUNTY, GEORGIA)(ROLLINS, RALEIGH) (Entered: 09/22/2025) |
| 09/24/2025 | 5 | 4 | ***ORDER*** TO REMAND. Carlan's Notice of Removal does not state a legitimate basis for subject matter jurisdiction. Accordingly, this case is REMANDED to the Magistrate Court of Houston County. Houston County's motion to dismiss 4 is TERMINATED as moot. Ordered by US DISTRICT JUDGE MARC T TREADWELL on 9/24/2025. (kat) (Entered: 09/24/2025) |
| 09/24/2025 | 6 | 6 | ***JUDGMENT*** (elp) (Entered: 09/24/2025) |
| 09/26/2025 | 7 | | EMERGENCY MOTION for Temporary Restraining Order Filed by JAMES THOMAS CARLAN. (Attachments: # 1 Cover Letter, # 2 Exhibit List, # 3 Envelope)(elp) (Entered: 09/26/2025) |
| 09/26/2025 | 8 | | MOTION To Declare Void Judgment, Filed by JAMES THOMAS CARLAN. (Attachments: # 1 Cover Letter, # 2 Exhibit List, # 3 Envelope)(elp) (Entered: 09/26/2025) |
| 09/26/2025 | 9 | | NOTICE Conventional Filing by JAMES THOMAS CARLAN re 8 MOTION To Declare Void Judgment., 7 MOTION for Temporary Restraining Order.(elp) |

| | | |
|---|---|---|
| | | (Entered: 09/26/2025) |
| 09/26/2025 | | **REMARK**: CD Rom Uploaded to Digital Evidence Vault, CD Rom stored on the second−floor clerk's office shelf re 9 Notice of Conventional filing re 7 8 Motion. (elp) (Entered: 09/26/2025) |
| 10/02/2025 | 10 | NOTICE OF APPEAL as to 6 Judgment, 5 Order on Motion to Dismiss for Failure to State a Claim, by JAMES THOMAS CARLAN. (Attachments: # 1 Cover Letter, # 2 Cover Letter, # 3 Memorandum Exception, # 4 Appendix A−Default Judgment, # 5 Envelope, # 6 Envelope)(elp) (Entered: 10/02/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHAMPA DAHI, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:25-CV-360 (MTT) |
| JAMES THOMAS CARLAN, | ) |
| Defendant. | ) |

### ORDER

Pro se defendant James Carlan filed a Notice of Removal on August 27, 2025. ECF 1. He is attempting to remove an action from the Magistrate Court of Houston County, Georgia, apparently arising from a tenant dispossession action by plaintiff Champa Dahi and Carlan's refusal to vacate. *Id*.; ECF 2. The only state court documents Carlan filed in his Notice of Removal were a Notice of Trial, an affidavit for dispossessory warrant, a sheriff's entry of service, and the Rules of Court for the Magistrate Court of Houston County. ECF 1. In addition to the Notice of Removal, Carlan also filed an "Answer to Notice of Removal" where he asserts counterclaims against Champa Dahi and claims against the City of Warner Robins, Houston County, Bibb County, and the State of Georgia. ECF 2. For the reasons stated below, this action is remanded to the Magistrate Court of Houston County for lack of subject matter jurisdiction.

On September 9, 2025, the Court ordered Carlan to show cause by September 16, 2025, "why this case should not be remanded for failure to state a basis for removal

and failure to file a complete state court record pursuant to 28 U.S.C. § 1446(a)." ECF 3. The deadline to comply with the Court's Order has expired, and Carlan has not stated plausible grounds for removal, provided the state court record, nor demonstrated good cause for failing to set forth a basis for removal in the Notice of Removal.

The Notice of Removal asserts that "the case involves federal questions under the Constitution and laws of the United States, including but not limited to the Seventh Amendment right to a jury trial in civil actions exceeding twenty dollars, as well as claims and defenses arising under the Racketeer Influenced and Corrupt Organizations Act." ECF 1 at 1. Carlan also maintains that this Court has jurisdiction because "[t]he amount in controversy exceeds $20,000, which is far above the Seventh Amendment threshold, … confirming Defendant's entitlement to a jury trial." *Id*. Carlan's bare allegations are insufficient to establish that the Court has federal question jurisdiction in this case, and the alleged amount in controversy is clearly insufficient to establish diversity jurisdiction.

In sum, Carlan's Notice of Removal does not state a legitimate basis for subject matter jurisdiction. Accordingly, this case is **REMANDED** to the Magistrate Court of Houston County.[1]

**SO ORDERED**, this 24th day of September, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Houston County, Georgia moved to dismiss Carlan's claims against it as asserted in his "Answer to Notice of Removal." ECF 4. Houston County's motion to dismiss (ECF 4) is **TERMINATED as moot**.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHAMPA DAHI LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00360-MTT |
| | * |
| JAMES THOMAS CARLAN et al., | * |
| Defendant. | * |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Magistrate Court of Houston County, Georgia.

This 24th day of September, 2025.

                                                David W. Bunt, Clerk

                                                s/ Erin Pettigrew, Deputy Clerk