# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 28, 2025

Clerk - Middle District of Georgia
U.S. District Court
475 MULBERRY ST
MACON, GA 31201

Appeal Number: 25-13470-D
Case Style: Champa Dahi LLC v. James Carlan
District Court Docket No: 5:25-cv-00360-MTT

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-13470-D

_____

CHAMPA DAHI LLC,

                                       Plaintiff - Appellee,

versus

JAMES THOMAS CARLAN,
d.b.a. Alternative Pain Solution,

                                       Defendant - Counter Claimant - Appellant,

STATE OF GEORGIA, et al.,

                                       Third Party Defendants.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant James Thomas Carlan failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court within the time fixed by the rules.

Effective October 28, 2025.

                                            DAVID J. SMITH
                        Clerk of Court of the United States Court
                           of Appeals for the Eleventh Circuit

                                                 FOR THE COURT - BY DIRECTION